BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-MC-00094-WBS-KJN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $59,118.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Jennifer Cheatham ("claimant"), by and through their respective counsel, as follows:

1.	On or about June 10, 2013, claimant Jennifer Cheatham filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $59,118.00 (hereafter "defendant currency"), which was seized on April 17, 2013.

2.	The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the

1

Stipulation to Extend Time to File Complaint

administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is September 6, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to December 5, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 5, 2013.

Dated: 9/4/13

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/3/13

/s/ Colin L. Cooper
COLIN L. COOPER
Attorney for Claimant Jennifer Cheatham

IT IS SO ORDERED.

Dated: September 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stipulation to Extend Time to File Complaint