BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00094-WBS-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $59,118.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Jennifer Cheatham ("claimant"), by and through their respective counsel, as follows:

1.      On or about June 10, 2013, claimant Jennifer Cheatham filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $59,118.00 (hereafter "defendant currency"), which was seized on April 17, 2013.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the

1

administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was September 6, 2013.

4.      By Stipulation and Order filed September 5, 2013, the parties stipulated to extend to December 5, 2013 the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to February 3, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation to Extend Time to File Complaint

1      6.      Accordingly, the parties agree that the deadline by which the United States shall be

2  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3  alleging that the defendant currency is subject to forfeiture shall be extended to February 3, 2014.

4  Dated:   12/3/13                    BENJAMIN B. WAGNER
                                    United States Attorney

5

6                                   /s/ Kevin C. Khasigian

7                                   KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney

8

9  Dated:   12/3/13                    /s/ Colin L. Cooper

10                                   COLIN L. COOPER
                                   Attorney for Claimant Jennifer Cheatham

11                                  As authorized via email 12/3/13

12

13      IT IS SO ORDERED.

14  Dated: December 13, 2013            /s/John A. Mendez for

15                                  WILLIAM B. SHUBB
                                  United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Time to File Complaint