1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700

5 Attorneys for the United States

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:13-MC-00094-WBS-KJN

12           Plaintiff,

13      v.                                STIPULATION AND ORDER
                                          EXTENDING TIME FOR FILING
14 APPROXIMATELY $59,118.00 IN U.S.       A COMPLAINT FOR
   CURRENCY,                              FORFEITURE AND/OR TO
15                                        OBTAIN AN INDICTMENT
           Defendant.                     ALLEGING FORFEITURE
16

17

18

19         It is hereby stipulated by and between the United States of America and claimant Jennifer

20 Cheatham ("claimant"), by and through their respective counsel, as follows:

21         1.      On or about June 10, 2013, claimant Jennifer Cheatham filed a claim, in the

22 administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the

23 Approximately $59,118.00 (hereafter "defendant currency"), which was seized on April 17, 2013.

24         2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

25 required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

26 person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

27 other than the claimant has filed a claim to the defendant currency as required by law in the

28

                                          1
                                                   Stipulation to Extend Time to File Complaint

administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was September 6, 2013.

4.      By Stipulation and Order filed September 5, 2013, the parties stipulated to extend to December 5, 2013 the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to February 3, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

6.       Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 3, 2014.

Dated:     12/3/13                              BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney


Dated:     12/3/13                              /s/ Colin L. Cooper
                                                COLIN L. COOPER
                                                Attorney for Claimant Jennifer Cheatham

                                                As authorized via email 12/3/13


       IT IS SO ORDERED.

Dated: December 13, 2013                        /s/John A. Mendez for
                                                WILLIAM B. SHUBB
                                                United States District Court Judge

Stipulation to Extend Time to File Complaint